# MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE   Ramon E. Reyes          DATE:   11/8/2023

DOCKET NUMBER:   23-CR-443(FB)          LOG #:   4:47-6:28

DEFENDANT'S NAME:   Robert Brooke
   X   Present (via tel)   ___ Not Present   X   Custody   ___ Bail

DEFENSE COUNSEL:   Vincent Martinelli
   ___ Federal Defender   ___ CJA   X   Retained

A.U.S.A:   Anna Karamigios & Matthew Galiotti  *Andrew Roddin*   CLERK:   M. Sica

Court Reporter:                                    (Language)

_X_ Defendant arraigned on the: _X_ indictment ___ superseding indictment ___ probation violation

_X_ Defendant pleads NOT GUILTY to ALL counts.

___ DETENTION HEARING Held.   ___ Defendant's first appearance. ✓

✓ Bond set at $1,000,000.00   Defendant ___ released ✓ held pending satisfaction of bond conditions.

✓ Defendant advised of bond conditions set by the Court and signed the bond.

1 Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.

2 (Additional) surety/ies to co-sign bond by 11/9/23. Via telephone 2pm

___ After hearing, Court orders detention in custody.   ___ Leave to reopen granted

✓ Temporary Order of Detention Issued. Bail Hearing set for 11/9/23 @ 2pm

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

_X_ Order of Excludable Delay/Speedy Trial entered. Start 11/8/23   Stop 12/8/23

___ Medical memo issued.

___ Defendant failed to appear, bench warrant issued.

_X_ Status conference set for 12/8/23 @ 2:30 before Judge Block

Other Rulings:   All parties appeared                         Pretrial Officer   present

Brady act ordered on the record. The Government stated on the record reasons why the defendant should not be released. Defense opposed as stated on the record. The court agreed to the bail package with conditions. The Gov't asked for a stay pending appeal until 11/9/23