THE LAW OFFICES OF
# VINCENT J. MARTINELLI
ATTORNEY AND COUNSELOR AT LAW

*Executive Suites at The Park*
900 SOUTH AVENUE – 3rd FLOOR
STATEN ISLAND, NY 10314
TELEPHONE: (718) 667-0500
Vincent@VincentMartinelliLaw.com

ADMITTED IN NEW YORK
AND NEW JERSEY

January 23, 2026

**VIA ECF**

The Honorable Frederic Block
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:  United States v. Robert Brooke (23-CR-00443-FB)**

Dear Judge Block:

On behalf of defendant Robert Brooke and with consent of the Government, I write to inform Your Honor of a new agreed upon briefing schedule for any post-trial motions, as follows[1]:

> Defendant's motions Friday, February 27, 2026;
> Government's response Friday, April 10, 2026;
> Defendant's reply Friday, April 24, 2026

Thank you for your time attention.

Respectfully submitted,
*Vincent Martinelli*
Vincent J. Martinelli

cc:   All counsel (via ECF)

---

[1] Via a Text Order from Your Honor after I filed my original letter under ECF # 377, you notified that any modified schedule agreed upon with the government may be done without court approval.