# MANDATE

UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 28th day of January, two thousand twenty-six.

| | |
|---|---|
| United States of America, | **ORDER** |
|     Appellant, | Docket No. 25-3189 |
|     v. | |

Joseph Lanni, AKA Joe Brooklyn, AKA Mommino, Diego Tantillo, AKA Danny, AKA Daniel, Salvatore Dilorenzo, Angelo Gradilone, AKA Fifi, Kyle Johnson, AKA Twin, James Laforte, AKA Jimmy, Vincent Minsquero, AKA Vinny Slick, Vito Rappa, AKA Vi, Francesco Vicari, AKA Frank, AKA Uncle Ciccio,

    Defendants,

Robert Brooke,

    Defendant - Appellee.

    Appellant moves to withdraw this appeal.

    IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 01/28/2026